## No. 09-8264. Gregory C. Kapordelis, Petitioner v. United States.

559 U.S. 1033, 130 S. Ct. 1947, 176 L. Ed. 2d 411, 2010 U.S. LEXIS 2360.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 917, 130 S. Ct. 1315, 175 L. Ed. 2d 1097, 2010 U.S. LEXIS 783.

## No. D-2466. In the Matter of Discipline of Isidoro Rodriguez.

559 U.S. 1002, 130 S. Ct. 1947, 176 L. Ed. 2d 411, 2010 U.S. LEXIS 2751.

March 22, 2010. Isidoro Rodriguez, of Annandale, Virginia, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

## No. D-2467. In the Matter of Discipline of Montgomery Blair Sibley.

559 U.S. 1002, 130 S. Ct. 1947, 176 L. Ed. 2d 411, 2010 U.S. LEXIS 2535.

March 22, 2010. Montgomery Blair Sibley, of Washington, District of Columbia, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

## No. D-2468. In the Matter of Discipline of Peter Paul Mitrano.

559 U.S. 1002, 130 S. Ct. 1948, 176 L. Ed. 2d 411, 2010 U.S. LEXIS 2345.

March 22, 2010. Peter Paul Mitrano, of Merrifield, Virginia, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

## No. 09-9000 (09A743). Henry W. Skinner, Applicant v. Lynn Switzer, District Attorney for the 31st Judicial District of Texas.

559 U.S. 1033, 130 S. Ct. 1948, 176 L. Ed. 2d 411, 2010 U.S. LEXIS 2752.

March 24, 2010. The application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, is granted pending disposition of the petition for a writ of certiorari. Should the petition for a writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.